HONORABLE RONALD B. LEIGHTON

FILED LODGED RECEIVED
AUG 18 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHNATHAN LUTHER HILL,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.. | Case No. C05-5621 RBL<br>             CR95-0174 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Petitioner's Letter/Motion for Copies [Dkt. #18].

Having considered the entirety of the records and file herein, the Court rules as follows:

Petitioner has requested copies of documents filed in this case. The docket reflects that he is represented by counsel. Pursuant to GR 2(g), Local Rules W.D. Wash., petitioner may not act in his own behalf. However, because this Court previously ruled on Petitioner's Motions to Withdraw his Appeal and for Reconsideration, the Clerk shall send the petitioner copies of this Court's Order Dismissing his § 2255 Motion [Dkt. #4], Judgment [Dkt. #5], and Order Denying his Motion for Reconsideration and Granting his Motion to Withdraw Appeal [Dkt. #13].

**IT IS SO ORDERED.**



1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.
3  Dated this 17th day of August, 2006.

RONALD B. LEIGHTON
United States District Court Judge

ORDER
Page - 2